THOMPSON and Another, *v.* THE STATE.

In the case of a separate fine against two persons for a contempt, a joint *scire
facias* against them to show cause, &c., is not sustainable.

Saturday,      ERROR to the *Clark* Circuit Court.
December 24.

M'KINNEY, J.—The Circuit Court, for an alleged contempt,
ordered a fine of 20 dollars to be entered against each of the
plaintiffs in error.  A joint *scire facias* issued on that order,
requiring the defendants below to show cause why a *capias
pro fine* should not issue against them.  The defendants ap-
peared, and moved to quash the *scire facias;* which motion
being overruled, they then demurred; their demurrer was also
overruled; and a judgment entered, awarding execution against
each defendant severally.

The *scire facias* cannot be supported.  There was no privi-
ty between the defendants.  The fine was against each seve-

rally, and there was, consequently, no ground for a joint *scire facias*.

Nov. Term, 1836.

DEWEY, J., was absent.

*Per Curiam.*—The judgment is reversed. Cause remanded, &c.

*I. Naylor*, for the plaintiffs.

*W. Herod*, for the state.